UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>80 F Street, N.W.<br>Washington, D.C. 20001,<br><br>LOCAL 997<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 2470<br>Montgomery, Alabama 26102-2470,<br><br>LOCAL 1364<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 27077<br>Naval Air Station<br>Fort Worth Joint Reserve Base, Texas 76127-6200,<br><br>LOCAL 1367<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>1871 Kirtland Street<br>Building 6149<br>Lackland Air Force Base, Texas 78236-5525,<br><br>LOCAL 1709<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>1268 Bay Road<br>Dover, Delaware 19901,<br><br>LOCAL 1778<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 278<br>Wrightstown, New Jersey 08562,<br><br>LOCAL 1869<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 4465<br>Charleston Air Force Base, South Carolina 29404,<br><br>LOCAL 1952<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>3976 King Graves Highway, Unit 54<br>Vienna, Ohio 44473, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. |

| | |
|---|---|
| LOCAL 1997<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>650 Military Highway<br>Minneapolis, Minnesota 55450-2100, | )<br>)<br>)<br>)<br>) |
| LOCAL 2077<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>216 Arnold Circle<br>Building 945<br>Selfridge Air National Guard Base, Michigan 48045, | )<br>)<br>)<br>)<br>)<br>) |
| LOCAL 2316<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>911th Air Wing<br>Pittsburgh International Airport Air Reserve Station<br>2375 Hercules Court<br>Coraopolis, Pennsylvania 15108-4495, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| LOCAL 2361<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 5022<br>Whiteman, Missouri 65305, | )<br>)<br>)<br>)<br>) |
| LOCAL 2568<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>525 Lake Victoria Circle<br>Melbourne, Florida 32940, | )<br>)<br>)<br>)<br>) |
| LOCAL 3707<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>Westover Air Reserve Base<br>Chicopee, Massachusetts 01022, | )<br>)<br>)<br>)<br>) |
| LOCAL 3854<br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br>P.O. Box 6207<br>March Air Reserve Base, California 92518, | )<br>)<br>)<br>)<br>) |
| *and* | )<br>) |
| MARK WINSTEAD<br>459th Airlift Wing<br>3617 Patrick Avenue<br>Andrews Air Force Base, Maryland 20762, | )<br>)<br>)<br>)<br>) |
| *Plaintiffs,* | ) |

2

|  |  |
|---|---|
| v. | ). |
|  | ) |
| SECRETARY OF THE AIR FORCE | ) |
| The Pentagon | ) |
| Washington, D.C. 20330-1000, | ) |
|  | ) |
|  | ) |
| *Defendant.* | ) |

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

1. This is an action for declaratory and injunctive relief brought by the American Federation of Government Employees, AFL-CIO ("AFGE"), 14 of its locals that represent "dual status" Air Reserve Technicians ("ARTs"), and a member of a 15th AFGE local. The case seeks to invalidate as arbitrary and capricious and contrary to law certain Air Force regulation changes promulgated in 2007 that purport to compel the locals' members to wear military uniforms even when serving in their civilian capacity. At least one ART who is a member of AFGE has already been disciplined for refusing to wear his military uniform while in civilian status.

2. A civilian cannot be required to wear a military uniform. Requiring ARTs to do so when serving in their civilian capacity not only improperly upsets settled expectations, but confuses military and civilian status in an era when having or not having the protections of the Geneva Conventions is all too real an issue as to which clarity is critical, and represents serious official overreaching in the teeth of actual knowledge that Congress has not authorized the Air Force Reserve to impose such a requirement on ARTs.

*Jurisdiction*

3. Jurisdiction rests on 28 U.S.C. § 1331, 10 U.S.C. §§ 771 and 10216, and Air Force Instructions ("AFIs") 36-801, *Uniforms for Civilian Employees*, 36-2903, *Dress and*

3

*Personnel Appearance of Air Force Personnel*, and 37-703, *Civilian Conduct and Responsibility* (collectively, "the regulations"). Plaintiffs also seek a declaratory judgment under 28 U.S.C. § 2201 and further relief under 28 U.S.C. § 2202.

*Venue*

4. Venue is proper in this district in accordance with 28 U.S.C. §1391(e).

***Parties***

5. Plaintiff AFGE, a labor organization affiliated with the AFL-CIO, represents approximately 600,000 federal government employees throughout numerous federal government departments and agencies. AFGE represents the interests of employees within its bargaining units by, *inter alia*, enforcing the legal rights of its bargaining unit employees, negotiating collective bargaining agreements, arbitrating grievances, filing unfair labor practices, lobbying, and litigating employees' collective and individual rights in the federal courts and administrative agencies. The other plaintiffs are local labor unions chartered by AFGE and Mark Winstead, who is a member of the AFGE local at Andrews Air Force Base, Maryland. Plaintiff Winstead and the locals' other members are ARTs whose dual status employment is governed by 10 U.S.C. § 10216. All plaintiffs' addresses are stated in the caption.

6. Defendant is Secretary of the Air Force. As such, he is responsible for assigning, detailing, and prescribing the duties of members of the Air Force as well as civilian personnel of the Department of the Air Force. 10 U.S.C. § 8013(g).

*Facts*

7. The reserve component ("RC") of the United States armed forces—which includes, among other elements, the Air Force Reserve—employs a core group of full-time employees to administer RC units, train RC personnel, and maintain RC equipment.

8. These employees are known as Full-Time Support ("FTS") personnel.

9. Military technicians ("MTs") are one category of FTS personnel.

10. Those MTs who hold membership in the Selected Reserve are referred to as "dual status technicians" because of their status as both civilian employees and reservists.

11. The Air Force Reserve's technician program was established in 1957 under the statutory umbrella of the civil service.

12. MTs such as ARTs are federal civilian employees who provide support primarily to wartime deployable reserve units.

13. MTs shall not perform their civilian duties during [their inactive duty or annual military reserve] training unless their civilian and military duties are identical. DoD Instruction 1205.18, ¶ 6.10.4.

14. ARTs are federal civilian employees hired under 5 U.S.C. § 3101.

15. As a condition of employment, ARTs are required to maintain active membership in the Air Force Reserve unit in which the position they hold is authorized and be assigned militarily to the designated ART position. 10 U.S.C.§ 10216(d).

16. Unlike non-dual-status MTs, ARTs can be ordered to deploy with their unit if it is mobilized.

17. In his or her military capacity, an ART may be a commissioned officer, a warrant officer, or an enlisted member.

18. ARTs receive regular pay for their civil service jobs, plus military pay for their weekend and summer active duty tours.

19. Because they are members of the civil service, ARTs may qualify for a civil service pension.

20. They may also qualify for military retired pay based on their active and reserve military service.

21. ARTs are subject to timekeeping requirements pursuant to federal regulations for civilian employees with respect to their civilian employment.

22. ARTs receive annual leave pursuant to federal regulations for civilian employees with respect to their civilian employment.

23. In their civilian capacity, ARTs are subject to civil service laws and regulations and are entitled, for example, to the protection of Title VII, 42 U.S.C. § 2000e-16, for claims that arise solely from the civilian aspects of their positions.

24. On August 6, 2007, the Secretary amended the regulations to provide that ARTs must wear the military uniform while performing civilian duties.

25. The Air Force has announced that the requirements imposed by the August 7, 2007 amendments are not negotiable within the context of collective bargaining between it and AFGE's locals.

26. Although the National Guard Technicians Act provides that dual status National Guard technicians—an MT category that is distinct from ARTs—may be required to wear the military uniform even while in civilian status, 10 U.S.C. § 709(b)(4), Congress has nowhere required that ARTs wear the military uniform while in civilian status. 10 U.S.C. § 10216.

27. On February 5, 2008, the Department of Defense asked Congress to amend § 10216(a) by adding a provision conferring on the Secretary and the Secretary of the Army the power to prescribe regulations to "require a military technician (dual status), while performing duties as a military technician (dual status), to wear the uniform appropriate for the member's grade and component of the armed forces."

28. Although uniforms are worn in many settings, including many civilian settings, military uniforms enjoy a unique place in American society, United States law, *e.g.*, 10 U.S.C. § 771, 18 U.S.C. §§ 702-03, and international humanitarian law.

29. Compliance with the regulations potentially exposes the individual plaintiff and the ARTs who are members of the other plaintiffs to criminal prosecution under 18 U.S.C. § 702. *See also* 10 U.S.C. § 771.

*First Cause of Action*

30. The averments of ¶¶ 1-29 are incorporated herein.

31. The Administrative Procedure Act ("APA") confers on the Court authority to set aside agency action that is arbitrary and capricious. 5 U.S.C. § 706.

32. To the extent they require plaintiff Winstead and AFGE's and the locals' other members to wear military uniforms even when he and they are serving in their civilian capacity, the regulations are arbitrary and capricious. 5 U.S.C. § 706(2)(A).

*Second Cause of Action*

33. The averments of ¶¶ 1-29 are incorporated herein.

34. The APA confers on the Court authority to set aside agency action that is contrary to law. 5 U.S.C. § 706(2)(A).

35. To the extent they require plaintiff Winstead and AFGE's and the locals' other members to wear military uniforms even when he and they are serving in their civilian capacity, the regulations are contrary to law. 10 U.S.C. §§ 771, 10216; 18 U.S.C. § 702.

### *Third Cause of Action*

36. The averments of ¶¶ 1-29 are incorporated herein.

37. The APA confers on the Court authority to set aside agency action that is in excess of statutory authority. 5 U.S.C. § 706(2)(C).

38. To the extent they require plaintiff Winstead and AFGE's and the locals' other members to wear military uniforms even when he and they are serving in their civilian capacity, the regulations are in excess of statutory authority. 10 U.S.C. § 10216.

### *Prayer*

WHEREFORE, having no adequate remedy at law, plaintiffs pray that a judgment enter declaring invalid the August 7, 2007 amendments to the regulations and directing the Secretary to cease and desist all efforts to compel the locals' members to wear military uniforms when they are performing duty in their civilian capacity.

Plaintiffs further pray that the Court grant such other and further relief as may in the circumstances be just and proper.

Respectfully submitted,

/s/
MARK D. ROTH (235473)
General Counsel

/s/
CHARLES A. HOBBIE (283499)
Deputy General Counsel
American Federation of Government
   Employees, AFL-CIO

>80 F Street, N.W.
>Washington, D.C. 20001
>Tel     (202) 639-6434
>Fax    (202) 639-6490
>
>*[signature: Eugene R. Fidell]*
>
>EUGENE R. FIDELL (112003)
>(*Lead Attorney*)
>MATTHEW S. FREEDUS (475887)
>FELDESMAN TUCKER LEIFER
>   FIDELL LLP
>2001 L Street, N.W., 2d Floor
>Washington, D.C. 20036
>Tel     (202) 466-8960
>Fax    (202) 293-8103
>
>*Attorneys for Plaintiff*

April 22, 2008

Serve:

1. Secretary of the Air Force
2. The Attorney General
3. United States Attorney for the District of Columbia
   (Civil Process Clerk)

## I (a) PLAINTIFFS

American Federation of Government Employees, AFL-CIO, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, DC
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Secretary of the Air Force

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Washington, DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eugene R. Fidell (112003) (Lead Counsel)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, 2nd Floor
Washington, DC 20036
Telephone: (202) 466-8960
Fax (202) 293-8103
and
Mark D. Roth (235473)
Charles A. Hobbie (283499)
American Federation of Government Employees, AFL-CIO

ATTORNEYS (IF KNOWN)

United States Attorney

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act
Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.
*(If Antitrust, then A governs)*

● **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O G. Habeas Corpus/ 2255 | O H. Employment Discrimination | O I. FOIA/PRIVACY ACT | O J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O K. Labor/ERISA (non-employment) | O L. Other Civil Rights (non-employment) | O M. Contract | O N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☒ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

O 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

10 U.S.C. §10216; Secretary cannot require ARTs to wear USAF uniform.

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:  YES ☐   NO ☒

## VIII. RELATED CASE(S) IF ANY

(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 04/22/2008    SIGNATURE OF ATTORNEY OF RECORD  *Evan Fidell*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.