# UNITED STATES DISTRICT COURT
## District of Columbia

American Federation of Government
Employees, AFL-CIO, et al.

**SUMMONS IN A CIVIL CASE**

V.

Secretary of the Air Force

CASE

Case: 1:08-cv-00692
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/23/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, 2nd Floor
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   APR 2 3 2008

CLERK                                         DATE

(By) DEPUTY CLERK

7003 1680 0000 8695 3866

**OFFICIAL USE**

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: AG Michael B. Mukasey
Street, Apt. No.; or PO Box No.: U.S. DOJ, 950 Penn. Ave., NW
City, State, ZIP+4: Wash, DC 20530

