AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

American Federation of Government
Employees, AFL-CIO, et al.

**SUMMONS IN A CIVIL CASE**

V.

Secretary of the Air Force

Case: 1:08-cv-00692
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/23/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Secretary of the Air Force
The Pentagon
Washington, DC  20330-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, 2nd Floor
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    APR 23 2008

CLERK                                              DATE

_____
(By) DEPUTY CLERK

O 440 (Rev. DC - September 2003) Summons in a Civil Ac..

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 17, 2008   1:25 pm |
| NAME OF SERVER (PRINT) Martin Wilson | TITLE Admin. Assistant |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1501 Wilson Blvd 7th floor Arlington VA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Brenda Germany

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 17, 2008

Signature of Server: Mart Wil

Address of Server: 2001 L Street N.W 2nd floor Washington D.C. 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.