# UNITED STATES DISTRICT COURT
## District of Columbia

American Federation of Government
Employees, AFL-CIO, et al.

**SUMMONS IN A CIVIL CASE**

V.

Secretary of the Air Force

CASE 1  Case: 1:08-cv-00692
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/23/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

United States Attorney for the
District of Columbia
555 4th Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, 2nd Floor
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                              APR 2 3 2008

CLERK                                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4-24-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Martin Wilson | Admin. Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: US Attorney for the District of Columbia 501 3rd Street N.W. forth floor Washington D.C. 20530   12:25 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lakesha Carroll - Docket Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-24-08
          Date

*Signature of Server*

2001 L Street N.W. 2nd floor
Washington D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.