# UNITED STATES DISTRICT COURT
## District of Columbia

American Federation of Government
Employees, AFL-CIO, et al.

**SUMMONS IN A CIVIL CASE**

V.

Secretary of the Air Force

Case: 1:08-cv-00692
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/23/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Secretary of the Air Force
The Pentagon
Washington, DC  20330-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eugene R. Fidell
Matthew S. Freedus
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, 2nd Floor
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        APR 23 2008
CLERK                                                    DATE

(By) DEPUTY CLERK

O 440 (Rev. DC - September 2003) Summons in a Civil Ac..

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 17, 2008  1:25 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Martin Wilson | Admin. Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1501 Wilson Blvd 7th floor Arlington VA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Brenda Germany

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 17, 2008       *Mart Wil* (Signature of Server)

2001 L Street N.W 2nd floor
Washington D.C. 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Colonel Peter J. Seebeck
Chief, General Litigation Division
United States Air Force
1501 Wilson Boulevard, Suite 715
Arlington, VA 22209

7003 1680 0000 8695 3880



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW
Washington, DC 20036

AFGE



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 1680 0000 8695 3880
Detailed Results:
- Delivered, June 04, 2008, 11:36 am, ARLINGTON, VA 22209
- Arrival at Unit, June 04, 2008, 7:34 am, ARLINGTON, VA 22209

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA