UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *ET AL.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:08cv692 (EGS) |
| SECRETARY OF THE AIR FORCE, | ) ) ) | |
| *Defendant.* | ) | Judge Sullivan |

PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO MOTION TO DISMISS OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT
AND CROSS-MOVE FOR SUMMARY JUDGMENT

Because of the Independence Day holiday and briefing obligations in other cases, plaintiffs respectfully move for a 14-day enlargement of time (*i.e.*, until July 18, 2008) in which to respond to defendant's motion to dismiss or, in the alternative, for summary judgment and cross-move for summary judgment. We are authorized to state that defendant has consented to this enlargement. We have made no previous requests for enlargements in this case. A proposed Order is submitted herewith.

Respectfully submitted,

/s/ Mark D. Roth
MARK D. ROTH (235473)
General Counsel

/s/ Charles A. Hobbie
CHARLES A. HOBBIE (283499)
Deputy General Counsel
American Federation of Government
 Employees, AFL-CIO
80 F Street, N.W.

Washington, D.C. 20001
Tel    (202) 639-6434
Fax    (202) 639-6490

/s/ Eugene R. Fidell
EUGENE R. FIDELL (112003)
(*Lead Attorney*)
MATTHEW S. FREEDUS (475887)
FELDESMAN TUCKER LEIFER
  FIDELL LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036
Tel    (202) 466-8960
Fax    (202) 293-8103

*Attorneys for Plaintiffs*

June 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *ET AL.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:08cv692 (EGS) |
| SECRETARY OF THE AIR FORCE, | ) ) ) | |
| *Defendant.* | ) | |

ORDER

On consideration of plaintiffs' consent motion for enlargement of time in which to respond to defendant's motion to dismiss or, in the alternative, for summary judgment and cross-move for summary judgment, it is, by the Court, this ____ day of _____, 2008,

ORDERED that the said motion for enlargement of time be, and the same hereby is, GRANTED. Plaintiffs shall file their response to defendant's dispositive motion and cross-motion for summary judgment no later than July 18, 2008.

United States District Judge