UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *ET AL.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 1:08cv692 (EGS) |
| SECRETARY OF THE AIR FORCE, | ) ) ) | |
| *Defendant.* | ) | Judge Sullivan |

PLAINTIFFS' SECOND CONSENT MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO RESPOND TO MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
AND CROSS-MOVE FOR SUMMARY JUDGMENT
AND JOINT PROPOSED BRIEFING SCHEDULE

Plaintiffs' respectfully request a further enlargement of time (to August 15, 2008) in which to respond to defendant's motion to dismiss or, in the alternative, for summary judgment and cross-move for summary judgment. This second request is necessitated by the need to perform necessary research, coordinate with the numerous plaintiffs, and take account of existing vacation plans. We have consulted with opposing counsel and are authorized to report that defendant has kindly consented to this enlargement and that the parties have agreed to the following schedule for the completion of briefing:

Plaintiffs' opposition to defendant's motion and cross-motion for summary judgment: August 15, 2008

Defendant's reply to plaintiffs' opposition and opposition to plaintiffs' cross-motion: September 1, 2008

Plaintiffs' reply to defendant's opposition to plaintiffs' cross-motion: September

11, 2008.

    A proposed Order is submitted herewith.

                                  Respectfully submitted,

/s/ Mark D. Roth
MARK D. ROTH (235473)
General Counsel

/s/ Charles A. Hobbie
CHARLES A. HOBBIE (283499)
Deputy General Counsel
American Federation of Government
  Employees, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001
Tel    (202) 639-6434
Fax   (202) 639-6490

/s/ Eugene R. Fidell
EUGENE R. FIDELL (112003)
(*Lead Attorney*)
MATTHEW S. FREEDUS (475887)
FELDESMAN TUCKER LEIFER
  FIDELL LLP
2001 L Street, N.W., 2d Floor
Washington, D.C. 20036
Tel    (202) 466-8960
Fax   (202) 293-8103

*Attorneys for Plaintiffs*

July 14, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *ET AL.*, | ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) ) |
| SECRETARY OF THE AIR FORCE, | ) ) |
| *Defendant.* | ) |

Civil Action No. 1:08cv692 (EGS)

ORDER

On consideration of plaintiffs' second consent motion for enlargement of time in which to respond to defendant's motion to dismiss or, in the alternative, for summary judgment and cross-move for summary judgment and joint proposed briefing schedule, it is, by the Court, this _____ day of _____, 2008,

ORDERED that the said motion for enlargement of time be, and the same hereby is, GRANTED and the joint proposed briefing schedule be, and the same hereby is, APPROVED. Plaintiffs' opposition to defendant's motion to dismiss or, in the alternative, for summary judgment and cross-motion for summary judgment shall be due August 15, 2008. Defendant's reply to plaintiffs' opposition and opposition to plaintiffs' cross-motion shall be due September 1, 2008. Plaintiffs' reply to defendant's opposition to plaintiffs' cross-motion shall be due September 11, 2008.

United States District Judge