UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:08-cv-00692 (EGS) |
| v. | ) ) | |
| SECRETARY OF THE AIR FORCE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant respectfully requests an extension of time of two weeks, up to and including September 16, 2008, in which to respond to plaintiff's opposition to defendant's motion for summary judgment and plaintiff's cross motion for summary judgment. Defendant has good cause to This request is necessitated by the need to continue to coordinate with agency counsel in order to prepare defendant's response. The case was recently reassigned to new agency counsel.  At that time, the newly assigned agency counsel was preparing for an arbitration argument set for August 20-21 (the case settled the evening of August 19).  Additionally, agency counsel has been in all day training on August 25, 26, 27 and the morning of 28th preventing them from coordinating with the undersigned and the relevant offices within the Air Force to prepare defendant's response.  Additionally, the undersigned was in preparation for a bench trial set for August 25 - September 3 (the case settled two days prior to trail) that prevented her from coordinating with the newly assigned agency counsel.

In accordance with LCvR7(m), defendant consulted with plaintiff's counsel and are authorized to report that plaintiff has consented to this two week extension of th time.

For these reasons, defendant respectfully requests that the Court grant an extension of time of two weeks, up to, and including, September 16, 2008, for defendant to file its opposition and reply to plaintiff's opposition and cross motion for summary judgment.

Dated: August 28, 2008                    Respectfully Submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


_____/s/_____
CINDY S. OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-616-2257(phone)/202-514-8780 (fax)
cindy.owens@usdoj.gov